# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA
## County of San Bernardino



## SEARCH WARRANT

### IN THE SAN BERNARDINO COUNTY COURT DISTRICT
### COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA

STATE OF CALIFORNIA         )
                                )                 **AFFIDAVIT**
                                )                 **SUPPORT OF**
**COUNTY OF SAN BERNARDINO**     )                 **SEARCH WARRANT**
                                      )

**Incorporation:** Matthew Munoz, declares under penalty of perjury that the facts expressed by him in the attached and incorporated Statement of Probable Cause are true, and that based thereon he has probable cause to believe and does believe that the property and/or persons below are lawfully siezable pursuant to Penal Code Section 1524, as indicated below, and are now located at the location set forth below. Wherefore, affiant requests that this Search Warrant be issued.

**Declaration:** I declare under penalty of perjury that the information within my personal knowledge contained in this affidavit, including all incorporated documents, is true.

Night Search Requested - No ( ) Yes - (X)

**REFER TO ATTACHMENT STATEMENT OF PROBABLE CAUSE FOR JUSTIFICATION**

_____ #2288                         4-5-24  1342
Signature of Affiant (after sworn)                             Date and time of signature

**AND TO SEIZE THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. The Search Warrant and Affidavit and attached and incorporated Statement of Probable Cause were sworn to as true under penalty of perjury and subscribed before me this of 21st day of September 2023. Wherefore, I find probable cause for this Search Warrant and do issue it.

_____    _____
Date and time warrant issued          Judge of the San Bernardino County
                                     San Bernardino Superior Court
                                        State of California

1

## (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA: To any Sheriff, Constable, Marshal, Peace Officer, or Policeman in the County of San Bernardino:

Proof, by affidavit, under penalty of perjury, having been this day made before me by Officer Matthew Munoz, that there is probable cause for believing that the property or persons described herein may be found at the locations set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x" (s) in that it:

_____Was stolen or embezzled.

___X___Was used as the means of committing a felony.

___X___Possessed by a person with the intent to use it as means of committing a public offense or possessed by another to whom he or she may have delivered it for the purpose of concealing or preventing its discovery.

___X___Tends to show that a felony has been committed.

_____Tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring.

_____There is a warrant to arrest the person.

YOU ARE THEREFORE COMMANDED TO SEARCH:

( SEE ATTACHMENT A )

FOR THE FOLLOWING PROPERTY:

( SEE ATTACHMENT B )

THIS AFFIDAVIT IS HEREBY ORDERED SEALED                NO_____    YES__X___

( Magistrate Initials ) _____

KNOCK NOTICE EXCUSED                NO__X___    YES _____

( Magistrate Initials ) _____

NIGHT SERVICE APPROVED                NO_____    YES __X___

( Magistrate Initials ) _____

2

# SUPERIOR COURT OF CALIFORNIA
## County of San Bernardino

### ATTACHMENT A



## YOU ARE THEREFORE COMMANDED TO SEARCH:

**THE PREMISES:** located at 6745 Stonegate Drive in the City of Chino, County of San Bernardino, State of California. The numbers "6745" are clearly marked on the curb, directly in front of the house. The property is described as a single-story, single family residence with brown stucco, gray composite shingle roofing with white trim. The front door faces north and there is white garage door that also faces north; including all rooms, attics, and other parts therein, the surrounding grounds and any garages, storage room, trash containers, and outbuildings of any kind thereon associated to 6745 Stonegate Drive.

**THE PERSON:** referred to as George Negrete with a date of birth of 09/22/1969 and a California Driver's License number of U6116433; further described as a male/Hispanic, approximately 5-05" in height and 250lbs in weight with black hair and brown eyes.

**ANY VEHICLE:** That is in the custody or control of George Negrete as evidence by ignition keys, or car door keys, or vehicle ownership documents in their possession, or on their persons, or under their dominion and control, or by statements of witnesses, or any vehicle within the garages, grounds, or storage areas to be searched. Such search shall include containers of any kind within the vehicle.

3

# SUPERIOR COURT OF CALIFORNIA

## County of San Bernardino



## ATTACHMENT B

### FOR THE FOLLOWING PROPERTY:

Controlled substances such as amphetamine, methamphetamine, desoxyephedrine, or compounds or mixtures thereof or any of their analogs, commonly referred to as speed, crystal meth, ice or glass. Heroin including black tar, brown and white. Cocaine and cocaine base, marijuana, butane honey oil, concentrated cannabis, prescription narcotics, fentanyl pills and powder, and any other scheduled controlled substance prohibited under law.

Paraphernalia related to the use, sales and trafficking of controlled substances, such as, but not limited to, diluting or cutting agents, refining devices, measuring and weighing devices, packaging material, plastic bags, bindles, containers or use paraphernalia.

Weapons, including rifles, shotguns, semi-automatic weapons, assault rifles, machine-guns, revolvers, semi-automatic handguns, machine pistols, and any ammunition, holsters, carry cases, accessories, clips and magazines for the above listed items

Any items tending to establish the identity of persons who have dominion and control of the automobile, or items to be seized, including delivered mail, whether inside the location or in the mail box/s, bills, utility bills, telephone bills, miscellaneous addressed mail, personal letters, personal identification, purchase receipts, rent receipts, sales receipts, tax statements, payroll check stubs, keys and receipts for safe deposit box(s), keys and receipts for rental storage space, keys and receipts for post office box or mail drop rentals, ignition keys, car door and trunk keys, vehicle ownership certificates or "pink slips," and/or vehicle registration slips, recordation of voice transmissions on telephone answering machines, audio tapes and telephone message receipt books, and written phone messages, and photographs tending to show occupation of the vehicle and connection between co-conspirators, whether identified, or unidentified, also cell phones which will document telephone numbers of co-conspirators.

4

As required by California Penal Code 1524.1(d); any information obtained through the execution of this warrant that is unrelated to the objective of the warrant shall be sealed and shall not be subject to further review, use, or disclosure absent an order from the court. If no evidence of criminal activity is discovered relating to the seized property and associated peripherals, the system will be returned promptly.

Peace Officers or assigned representatives are authorized, during the execution of this Search Warrant, to video tape, photograph and/or take digital images, at the discretion of the Searching Officers, inside and outside of the location, any and all items and/or vehicles at the location, in addition, can identify and photograph and/or digital image all persons present at the Search Warrant location during the period of execution of this Search Warrant.

It is requested that any and all U.S. currency that is seized and might be subject to forfeiture under 11470 et. Seq of the California Health & Safety Code be deposited or transferred to the County District Attorney's Office Fund for asset forfeiture proceedings. It is also requested that any other assets, including vehicle, be held by the seizing agency and/or their respective storage agency to be processed for asset forfeiture proceedings.

It is ordered that all items seized during the lawful service of this Search Warrant shall be disposed of in accordance with the policies and procedures of the Ontario Police Department upon adjudication of this case, and without necessity of a Court Order.

5

(No Notes)

County of San Bernardino.

The people of the State of California to any peace officer in the County of San Bernardino:

Proof, by affidavit, having been this day made before me by telephone by the officer whose signature is affixed to the affidavit, that there is probable cause for believing that evidence tending to show that a felony (or felonies) has or have been committed, you are therefore commanded to make search on the person and/or property set forth in the description page and/or affidavit, which is incorporated by reference herein; and, in the case of a thing or things or personal property, if you find the same or any part thereof, to bring the thing or things or personal property forthwith before me at the courthouse of this Court.

Given under my hand, and issued at 13:42 on this 5th day of April, 2024

Hobbs Sealing Approved:  **YES**          Night Service Approved:  **YES**

Judge Rafael  Arreola

**Warrant ID: 000141079**

**END OF WARRANT**